

| | |
|---|---|
| Sean D. Garrison (#014436)<br>SGarrison@LRLaw.com<br>Shane E. Olafson (#024605)<br>SOlafson@LRLaw.com<br>**LEWIS AND ROCA LLP**<br>40 N. Central Avenue<br>Phoenix, Arizona  85004-4429<br>Telephone (602) 262-5311<br><br>*Attorneys for Defendant AFL Telecommunications LLC* | |

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AMCO Insurance Company,<br><br>                              Plaintiff,<br><br>          v.<br><br>AFL Telecommunications LLC, SurplusEQ.com, Inc., Tech Sales, LLC, Daniel Parsons and Lisa Parsons,<br><br>                              Defendants. | No. 2:11-cv-01624-GMS<br><br>**DEFENDANT AFL TELECOMMUNICATIONS LLC'S RULE 7.1 CORPORATE DISCLOSURE** |

        This Corporate Disclosure Statement is filed on behalf of AFL Telecommunications LLC, in compliance with the provisions of: *(check one)*

        __X__     Rule 7.1, Federal Rules of Civil Procedure, a non-governmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

        _____     Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any non-governmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

        _____     Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

2318703.2

The filing party hereby declares as follows:

____ No such corporation.

_X_ Party is a parent, subsidiary or other affiliate of a publicly owned corporation, as listed below.  *(Attach additional pages if needed.)*

_____ Subsidiary of Fujikura Ltd. _____

____ Publicly held corporation, not a party to the case, with a financial interest in the outcome.  *List identity of corporation and the nature of financial interest.  (Attach additional pages if needed.)*

____ Other (please explain)

A supplemental disclosure statement will be filed upon any change in the information provided herein.

RESPECTFULLY SUBMITTED this 24th day of October, 2011.

**LEWIS AND ROCA LLP**

By   s/Sean D. Garrison
         Sean D. Garrison
         Shane E. Olafson
*Attorneys for Defendant AFL Telecommunications LLC*

2

2318703.2



## Certificate of Service

I hereby certify that on October 24, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/EF registrants:

William L. Rubin
brubin@azdefenselaw.com
Kristin A. Green
kagreen@azdefenselaw.com
Goering, Roberts, Rubin, Brogna, Enos & Treadwell-Rubin, P.C.
3567 E. Sunrise Drive, Suite 101
Tucson, AZ  85718

*Attorneys for Plaintiff*

              s/Sean D. Garrison

2318703.2