**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AMCO Ins. Co., | No. CV-11-1624-PHX-SMM |
| Plaintiff, | |
| v. | **ORDER** |
| AFL Telecomm., LLC, et al., | |
| Defendants. | |
| SurplusEQ.com, Inc., et al., | |
| Counter-claimants, | |
| v. | |
| AMCO Ins. Co., | |
| Counter-defendant. | |

Before the Court is the parties' Stipulation for Dismissal. (Doc. 46.)

Accordingly,

**IT IS HEREBY ORDERED dismissing with prejudice** any and all claims with all parties to bear their respective costs and attorney's fees.

**IT IS FURTHER ORDERED denying as moot** Defendants SurplusEQ.com, Tech Sales LLC, Daniel Parsons, and Lisa Parsons Motion to Withdraw as Counsel. (Doc. 45.)

DATED this 28th day of January, 2014.

Stephen M. McNamee
Senior United States District Judge